NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**In re: DOLCE VITA FOOTWEAR, INC.,**

*Appellant*

_____

2021-2114, 2021-2115

_____

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in No. 88554717, 88554722.

_____

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

(2) Each side shall bear their own costs.

FOR THE COURT

May 6, 2022
    Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

**ISSUED AS A MANDATE:** May 6, 2022